In the Matter of Proving the Will of JOHN H. COGAN, Deceased.

MARY CULLEN, Appellant; ELLEN C. MANOE et al., Respondents.

*Matter of Cogan*, 184 App. Div. 198, affirmed.
(Argued May 19, 1919; decided June 3, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1918, which reversed a decree of the Bronx County Surrogate's Court admitting to probate a paper propounded as the last will and testament of John H. Cogan, deceased. The alleged will consisted of three sheets of paper, two in the handwriting of the testator, dated November 1, 1915, and signed by him, but without witnesses, and the third as follows:

" 4 /9 /17

" *To whom it.may concern,*

" This is to certify that Mr. John H. Cogan, in sound mind, identified his cousin Mary Cullen as the one to whom he bequeathed his estate as specified in his last will dated Nov. 1st, 1915.

" Witnesses
" PHILIP R. ZINN, M. D.,
" HELEN HANNIGAN."

The Appellate Division held that the alleged will was not properly executed, and denied probate.

*Leo J. Hickey* and *Peter A. McCabe* for appellant.
*Robert A. B. Dayton* for respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.